IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALEXANDER BRINSON, #146986 )<br>)<br>Plaintiff, )<br>v. )<br>)<br>DR. DARBOUZE, *et al.*, )<br>)<br>Defendants. ) | CASE NO.  2:11-cv-386-TMH<br>WO |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #37) to the Recommendation of the Magistrate Judge filed on July 21, 2011 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #34) filed on June 29, 2011 is adopted;

3. This case is DISMISSED without prejudice for the plaintiff's failure to pay the full filing fee upon the initiation of this case.

DONE this the 14th day of September, 2011.

/s/ Truman M. Hobbs
SENIOR UNITED STATES DISTRICT JUDGE